IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CUSTOM CONTAINER SOLUTIONS, LLC, *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CENTURY SURETY COMPANY, <br><br> Defendant/Counterclaim Plaintiff. | No. 4:20-CV-01793 <br><br> (Chief Judge Brann) |

## ORDER

### JUNE 10, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Century's motion for summary judgment (Doc. 11) is **GRANTED** in part and **DENIED** in part;

2. Judgment is entered in favor of Century as to Plaintiffs' detrimental reliance claim;

3. Century's motion is **DENIED** in all other respects; and

4. The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge