## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CUSTOM CONTAINER SOLUTIONS LLC., et al., | : | No. 4:20-CV-424 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| CENTURY SURETY COMPANY, | : | |
| | : | |
| Defendant. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

____ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($_____), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**    OTHER: judgment is entered in favor of Century as to Plaintiffs' detrimental reliance claim.

This action was:

____ tried by a jury with Judge _____ presiding  and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to 6/10/2022 Memorandum Opinion and Order.

Dated: 6/10/2022          Peter Welsh, Clerk of Court
                          By: s/Lisa A. Gonsalves, deputy