# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CUSTOM CONTAINER SOLUTIONS, LLC, *et al.*, | No. 4:20-CV-01793 |
| Plaintiffs/Counterclaim Defendants, | (Chief Judge Brann) |
| v. | |
| CENTURY SURETY COMPANY, | |
| Defendant/Counterclaim Plaintiff. | |

## ORDER

### SEPTEMBER 22, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Century's motion to certify an interlocutory appeal or for reconsideration (Doc. 27) is **DENIED**; and

2. The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge